Filed Under Seal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| NAIM NEWSOME-BOSTICK<br>KADEEM WEST | : | VIOLATION:<br>18 U.S.C. § 1201(a)(1) (kidnapping – 1 count) |

## INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about September 14, 2022, in Philadelphia, in the Eastern District of Pennsylvania, the defendants

**NAIM NEWSOME-BOSTICK and
KADEEM WEST,**

and another person known to the grand jury, did knowingly, willfully, and unlawfully seize, confine, inveigle, decoy, kidnap, abduct and carry away, and hold for ransom and reward, and otherwise Victim #1, for the purpose of robbing Victim #1, and in committing and in furtherance of the commission of the offense, used means, facilities and instrumentalities of interstate and foreign commerce, that is, a 2014 Jeep Grand Cherokee VIN 1C4RJFBG4EC186049.

In violation of Title 18, United States Code, Sections 1201(a)(1).

A TRUE BILL:

███████████████

JACQUELINE C. ROMERO
UNITED STATES ATTORNEY

No._ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

NAIM NEWSOME-BOSTICK
KADEEM WEST

INDICTMENT

Counts
18 U.S.C. § 1201(a)(1) (kidnapping – 1 count)

A true bill.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Foreman

Filed in open court this _____ 16 _____ day,
Of __November__ A.D. 20 22

Clerk

Bail, $_____